SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

FILED
'15 MAR 18 A11 :18

CLERK
U.S. BANKRUPTCY
COURT-PGH

TO:    1. *Intake Clerk* *

        2. *Case Administrator*

FROM:    *Financial Administrator*

DATE:  3/17/2015

CASE NAME:  Zanski

CASE NUMBER:  10-20178-GLT

Check Number 931369 in the amount of $ 1,845.40 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: ____9513____    Intake Clerk's Initials _____

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
03/12/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA  15219 | | Erie, PA  16501 |

Re: RONALD J. ZANSKI
VIVIAN L. ZANSKI
Case No: 10-20178GLT

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Hudson & Keyse Llc++
Pob 1090
Mentor,OH 44061

CHECK NUMBER 931369    AMOUNT $1845.40

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:BRYAN P KEENAN ESQ
RONALD J. ZANSKI
VIVIAN L. ZANSKI
Hudson & Keyse Llc++