FILED
2015 JUN 9 A 8.20
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD J. ZANSKI AND VIVIAN L. ZANSKI,<br><br>Debtor,<br><br>HUDSON & KEYSE, L.L.C.,<br><br>Movant/Claimant,<br><br>v.<br><br>RONALD J. ZANSKI AND VIVIAN L. ZANSKI,<br>and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 10-20178GLT<br><br>Chapter 13<br><br>Related to Doc. No. 127 & 136 |

ORDER OF COURT

AND NOW, this  9th   day of  June           , 2015, upon consideration of the foregoing Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

it is hereby DETERMINED that the Court finds the Claimant, Hudson & Keyse, L.L.C., has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $1,845.40 to Claimant. The Clerk of Court shall make the payment in care of Dilks & Knopik, LLC and shall mail the payment to Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

Upon payment of the funds specified herein, the Clerk may close the case

Prepared by: Peter Ashcroft, Esq.

**DEFAULT ENTRY**

Dated: June 9, 2015

_____
Gregory Taddonio    drb
United States Bankruptcy Judge